# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
MAY 16 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Jesus Aguirre
_____

(Full name of the Plaintiff(s) in this action)

v.

N Williams
State of Tennessee -
- Shelby County Jail -
201 Poplar Av

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:23CV-253-JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

I.  PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: JESUS Aguirre

Place of Confinement: Work House Jail

Address: 1045 Mullins st Road Memphis TN 58134

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(B) Defendant(s). Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __N Williams__ is employed as __GIu Sargent__ at __Shelby County Jail__.
The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant __John Doe__ is employed as __GIu__ at __Shelby County Jail__.
The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant _____ is employed as _____ at _____.
The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.
The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (✓) NO (___)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): Jesus Aguirre

Defendant(s): State of Tennessee police
C Bulak 13178  J Shoemaker 13060

Court (if federal court, name the district. If state court, name the county):
WESTERN DISTRICT of TENNESSEE · Division

Docket number: 22-CV-2853-SHM-TMP

Name of judge to whom the case was assigned: SAMUEL H MAYS JR

Type of case (for example, habeas corpus or civil rights action): Civil Right Action

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
is still Pending

Approximate date of filing lawsuit: 12-16-22

Approximate date of disposition: NA

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

1) I Have the right to be Safe and Secure My Civil rights are being violated. On Sep-14-21 Srg. Williams did not follow proper procedures, by leaving us in a Lock down in 3-k pod 201 poplar, I was Suffered from dark thick black smoke it was very difficult for me to breath. I was in fear of my life Officers never knew of for medical complaints serious health hazard This incident has cruelchally damaged me, and im traumatized from that inprofessional punishment

2) Suford of the covid 19 in The Jail and My Charges were Dissmiss around That Time

4

III. STATEMENT OF CLAIM(S) continued

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ _2 million dollars_

___ grant injunctive relief by _Releasesur me from Jail_

✓ award punitive damages in the amount of $ _2 million dollars_

___ other: _____

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _14_ day of _April_, 20_23_

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _April 14, 2023_

_____
(Signature)

6

FORM B

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

JESUS AGUIRRE
_____
Plaintiff

v.                                    )    Civil Action No. _____

N WILLIAMS
_____
Defendant

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
N Williams
201 Popolar Av.
Memphis TN 38103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
   _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
   _____ , a person of suitable age and discretion who resides there,
   on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
   designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Jesus Aguirre 302109
1045 mullins st Rod
Memphis TN 38134

MEMPHIS TN 380
10 MAY 2023 PM 1 L

STAMPED & SCANNED
OUTGOING INMATE MAIL
SENT FROM SHELBY COUNTY
DIVISION OF CORRECTIONS

FILED
JAMES J. VILT, JR. - CLERK
MAY 16 2023
U.S. DISTRICT COURT
WEST'N DIST KENTUCKY

601 W Broadway Rm 106
Gene snyder united states
Courthouse Louisville KY 40202

40202-222731